```
                              United States Bankruptcy Court
                                    District of Colorado

In re:                                                              Case No. 07-20370-HRT
Kevin Ryan Last                                                     Chapter 13
Lindsay Rose Last
         Debtors                      CERTIFICATE OF NOTICE

District/off: 1082-1          User: roneyp              Page 1 of 3              Date Rcvd: Aug 20, 2013
                              Form ID: 209              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
db            #+Kevin Ryan Last,     W3448 Ledge Road,    Malone, WI 53049-1641
db             +Lindsay Rose Last,    W3448 Ledge Road,    Malone, WI 53049-1641
9574677        +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
9574678        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
11215330        CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
9574679        +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
9574680        +Electronic Bill Payment Services,    Po Box 7236,    Sioux Falls, SD 57117-7236
9786802        +FIA Card Services, N.A., Bank of America, N.A.,     MBNA America Bank, N.A.,   Attn; Mr. BK.,
                 1000 Samoset Dr., DE5-023-03-03,    Newark, DE 19713-6000
9991363        +Fox Run Owners Association,    8700 Turnpike Drive Suite 230,    Westminster Colorado 80031-4301
9574681         Frontier Airlines,    Po Box 13337,    Philadelphia, PA 19101-3337
9993921        +Joe and Diane Thorne,    W3388 Ledge Rd.,    Malone, WI 53049-1641
9991364        +Kensington Owners Association,    1224 Wadsworth Blvd,    Lakewood Colorado 80214-4208
9574682        +Lady Fitness,    Dept #291,   Denver, CO 80281-0001
9574683         Litton Loan Servicing,    PO BOX 4387,    HOUSTON, TX 77210-4387
9663929        +Litton Loan Servicing, L.P.,    c/o McCALLA RAYMER, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, Georgia 30076-2102
9991365        +Northglenn Ambulance,    10655 North Washington Street,    Northglenn Colorado 80233-4101
15208116       +Vantium Capital, Inc.,    7880 Bent Branch Dr.,    Ste. 150,   Irving, TX 75063-6045
9574684         Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228
9574685        +Wells Fargo Bank Nv Na,    Po Box 10438,    Des Moines, IA 50306-0438
9685348        +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,   P.O. Box 9210,
                 Des Moines, IA 50306-9210
9574686        +Wilshire Credit Corp,    1776 Sw Madison St,    Portland, OR 97205-1715
9992097         eCAST FOB Wells Fargo,    PO Box 7247-6971,    Philadelphia, PA 19170-6971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Aug 20 2013 23:59:26     Chase Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9728397         E-mail/Text: bncmail@w-legal.com Aug 20 2013 23:59:26     Chase Bank USA,
                 c o Weinstein and Riley, PS,    po box 3978,   seattle, WA 98124-3978
9682237        +E-mail/Text: bncmail@w-legal.com Aug 20 2013 23:59:26     Chase Bank USA,
                 c o Weinstein and Riley, PS,    2001 Western Ave.,    Ste. 400,   Seattle, WA 98121-3132
9872008        +E-mail/PDF: tacbnk@spike.dor.state.co.us Aug 21 2013 00:01:45      Colorado Department of Revenue,
                 1375 Sherman Street, Room 504,    Attention: Bankruptcy Unit,   Denver, CO 80261-3000
14020051       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 20 2013 23:57:20
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
9784152         E-mail/Text: resurgentbknotifications@resurgent.com Aug 20 2013 23:57:20     Roundup Funding, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Vantium Capital, Inc.,    7880 Bent Branch Dr.,   Ste. 150,   Irving, TX 75063-6045
cr*             eCAST FOB Wells Fargo,    PO Box 7247-6971,   Philadelphia, PA 19170-6971
11048259*      +Wilshire Credit Corporation,    POB 1650,   Portland, OR 97207
9992098*        eCAST FOB Wells Fargo,    PO Box 7247-6971,   Philadelphia, PA 19170-6971
9631248       ##+Wilshire Credit Corporation,    PO Box 1650,   Portland, OR 97207
                                                                                 TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1082-1          User: roneyp              Page 2 of 3            Date Rcvd: Aug 20, 2013
                              Form ID: 209              Total Noticed: 28

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                     **Signature:**   _Joseph Speetjens_

```
District/off: 1082-1          User: roneyp                 Page 3 of 3                  Date Rcvd: Aug 20, 2013
                              Form ID: 209                 Total Noticed: 28

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
              Bryan* Blum    on behalf of Creditor    HSBC Bank USA, National Assocation, as Trustee
               cmsbnk@cmsatty.com
              Larry  Carroll    on behalf of Debtor Kevin Ryan Last carrpc@gmail.com
              Larry  Carroll    on behalf of Debtor Lindsay Rose Last carrpc@gmail.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 7 Leo.M.Weiss@usdoj.gov
              Patti H Bass    on behalf of Creditor    eCAST FOB Wells Fargo ecf@bass-associates.com
              Richard S. Ralston    on behalf of Creditor    Chase Bank USA, N.A. richardr@w-legal.com,
               adaml@w-legal.com
              Sally  Zeman    mail@ch13colorado.com, szeman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

(COB ntc_c12_c13_clsbknd, #209) (04/12)

# United States Bankruptcy Court
### District of Colorado

In re: Kevin Ryan Last and Lindsay Rose Last                                    Case No. **07−20370−HRT**
Debtor(s)

## NOTICE OF CHAPTER 12 or 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

\_\_\_   Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. (To File the Certification after the case is closed, the case must be reopened and a filing fee is required.)

XX   Debtor(s) did not file Local Bankruptcy Form 3015−1.11 Chapter 13 Debtor's Certification to Obtain Discharge Pursuant to U.S.C. § 1328 (To file the Local Bankruptcy Form 3015−1.11 after the case is closed, the case must be reopened, but no additional filing fee is required.)

\_\_\_   Debtor(s) has/have received a discharge in a previous case. Therefore, the debtor is ineligible to receive a discharge in this case pursuant to § 727(a)(8),(9).

*Dated:* 8/20/13                                                    KELLY J SWEENEY (Acting Clerk), Clerk
                                                                    By: s/ Patricia Roney
                                                                    Deputy Clerk
                                                                    United States Bankruptcy Court
                                                                    U.S. Custom House
                                                                    721 Nineteenth Street
                                                                    Denver, CO 80202−2508